## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Nahal Taninim, LLC and<br>Nir Yitzhak, LLC, | Civil No. 12-1074 (RHK/JJG) |
| Plaintiffs, | **DISQUALIFICATION AND<br>ORDER FOR REASSIGNMENT** |
| vs. | |
| William Egan, et al., | |
| Defendants. | |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  May 2, 2012

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge