# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Nahal Taninim, LLC and Nir Yitshak, LLC, | Civil No. 12-1074 (JNE/JJG) |
| Plaintiffs, | |
| v. | REPORT AND RECOMMENDATION |
| William, Egan, John Brandt, Nauni Manty, Jeanette Myers-Rich, City of St. Paul, St. Paul Pioneer Press, Journal Sentinel, Inc. and Villager Communications, Inc., | |
| Defendants. | |

Plaintiffs initiated this action on May 2, 2012 by filing a Complaint and a Motion for Temporary Restraining Order. The Temporary Restraining order was denied by District Judge Joan N. Ericksen on May 2, 2012 (Doc. No. 6). No proof of service of the Complaint has been filed.

Through an Order dated September 11, 2012 (Doc. No. 7), this Court required Plaintiff to file proof of service of the Complaint within ten (10) days of the date of the order and to notify the defendants of their obligation to answer or otherwise plead. The order also required Plaintiff to advise the undersigned in writing, within twenty (20) days of the date of the order, of good cause for failure to comply and advised Plaintiff that failure to comply with the order could result in dismissal of the action for failure to prosecute. Each of these deadlines passed without action.

Being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED THAT** this matter be **DISMISSED WITHOUT PREJUDICE.**

Dated: October 9, 2012      s/ *Jeanne J. Graham*
JEANNE J. GRAHAM
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rule 72.2(b), any party may object to this report and recommendation by filing and serving specific, written objections by **October 24, 2012**. A party may respond to the objections within fourteen (14) days after service thereof. Any objections or responses filed under this rule shall not exceed 3,500 words. The district court judge shall then make a de novo determination of those portions to which objection is made. Failure to comply with this procedure shall forfeit review in the United States Court of Appeals for the Eighth Circuit.