UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nahal Taninim, LLC, and Nir Yitzhak, LLC,

    Plaintiffs,

v.                                                      Civil No. 12-1074 (JNE/JJG)
                                                          ORDER

William Egan, John Brandt, Nauni Manty,
Jeanette Myers-Rich, City of St. Paul,
St. Paul Pioneer Press, Journal Sentinel Inc.,
and Villager Communications, Inc.,

    Defendants.

In a Report and Recommendation dated October 9, 2012, the Honorable Jeanne J. Graham, United States Magistrate Judge, recommended that this action be dismissed without prejudice. No objections were filed within the time permitted. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 8]. Therefore, IT IS ORDERED THAT:

    1.    This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 6, 2012

                                                                                s/Joan N. Ericksen
                                                                                JOAN N. ERICKSEN
                                                                                United States District Judge